FILED

2010 JUN 28 PM 2: 18

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY_____

1  Gary R. Selvin, State Bar No. 112030
   E-mail: gselvin@selvinwraith.com
2  SELVIN WRAITH HALMAN LLP
3  505 14th Street, Suite 1200
   Oakland, CA 94612
4  Telephone: (510) 874-1811
   Facsimile: (510) 465-8976
5
6  Attorneys for Defendants
   Chartis Specialty Insurance Company fka American International Specialty Lines
7  Insurance Company; Lexington Insurance Company; and National Union Fire
   Insurance Company of Pittsburgh, PA
8

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

EDCV 10 - 00956 VAP (JEMx)

| | |
|---|---|
| VAN DAELE DEVELOPMENT CORPORATION and CORONA 88/AF XIX, LTD., a California Limited Partnership,<br><br>Plaintiffs,<br><br>v.<br><br>CHARTIS SPECIALTY INSURANCE COMPANY fka AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY; FIRST SPECIALTY INSURANCE CORPORATION; ILLINOIS UNION INSURANCE COMPANY; LEXINGTON INSURANCE COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; PENNSYLVANIA GENERAL INSURANCE COMPANY fka GENERAL ACCIDENT INSURANCE COMPANY; ZURICH SPECIALTIES LONDON LIMITED; and DOES 1 through 500, inclusive,<br><br>Defendants. | Case No.<br>*Riverside County Superior Court Action No. RIC10009891*<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1332(a) (DIVERSITY)** |

**Notice of Removal of Action Under 28 U.S.C. § 1332(a) (Diversity)**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendants Chartis Specialty Insurance Company fka American International Specialty Lines Insurance Company, Lexington Insurance Company, and National Union Fire Insurance Company of Pittsburgh, PA hereby remove to this Court the state court action described below. This Court's jurisdiction is based upon 28 U.S.C. § 1332(a) in that the matter in controversy exceeds the sum of $75,000 and is between the citizens of different states.

1. On May 21, 2010, plaintiffs Van Daele Development Corporation and Corona 88/AF XIX, Ltd., a California Limited Partnership ("Plaintiffs") filed a civil action against Defendants in the Superior Court of the State of California in and for the County of Riverside, entitled *Van Daele Development, et al. v. Chartis Specialty Ins. Co., et al.*, Case No. RIC10009891 (attached as Exhibit "A"). Chartis Specialty and National Union were served on or after May 28, 2010. Lexington was served on or after June 2, 2010.

2. Upon information and belief, Plaintiffs seek damages well in excess of $75,000, exclusive of interest and costs. Plaintiffs' Complaint does not seek a specific damage amount from Defendants, but alleges that Defendants owe some share of attorneys fees, costs, expert expenses, and settlements paid in the underlying action entitled *Saba v. Corona Fullerton*.

4. Upon information and belief, Plaintiff Van Daele Development Corporation is a California corporation organized and existing under the laws of California (Cal. Sec. of State Entity No. C1401808).

5. Upon information and belief, Plaintiff Corona 88/AF XIX, Ltd. is a California Limited Partnership organized and existing under the laws of California (Cal. Sec. of State Entity No. 199905000001).

6. At the commencement of this action, Chartis Specialty Insurance Company fka American International Surplus Lines Insurance Company, was and is incorporated under the laws of the State of New York with its principal place of

1

**Notice of Removal of Action Under 28 U.S.C. § 1332(a) (Diversity)**

business in New York.

7. At the commencement of this action, Lexington Insurance Company was and is incorporated under the laws of the State of Delaware with its principal place of business in Boston Massachusetts.

8. At the commencement of this action, National Union Fire Insurance Company of Pittsburgh, PA was and is incorporated under the laws of the State of Pennsylvania with its principal place of business in New York.

9. At the commencement of this action, these defendants are informed and believe Illinois Union Insurance Co. was and is incorporated under the laws of the State of Illinois with its principal place of business in Pennsylvania.

10. At the commencement of this action, these defendants are informed and believe First Specialty Insurance Corp. was and is incorporated under the laws of the State of Missouri with its principal place of business in Kansas.

11. At the commencement of this action, these defendants are informed and believe Zurich Specialties London Limited was and is a foreign corporate entity with its principal place of business in the United Kingdom, and is a citizen or subject of the United Kingdom within the meaning of 28 U.S.C. Section 1332(a)(2).

12. At the commencement of this action, these defendants are informed and believe Pennsylvania General Insurance Company was and is incorporated under the laws of the State of Pennsylvania with its principal place of business in Massachusetts.

13. Counsel for Lexington Insurance Company, Chartis Specialty Insurance Company, and National Union Fire Insurance Co. of Pittsburgh, PA have conferred with all other defendants' attorneys, specifically the attorneys for Illinois Union Insurance Company, Pennsylvania General Insurance Company, First Specialty Insurance Corp., and Zurich Specialties London Ltd. All parties agree to and consent to removal.

14. This Court possesses original jurisdiction over this action under 28 U.S.C. § 1332 in that complete diversity exists between the plaintiffs and defendants and the

1  amount in controversy exceeds $75,000.

2      15.    This action may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. § 1446(b).

4      16.    Defendants filed this Notice of Removal within 30 days of becoming aware of the existence of this lawsuit setting forth the claims for relief upon which this action is based.  The time for filing this Notice of Removal pursuant to 28 U.S.C. § 1446(b) has not expired.

8      12.    Defendants will serve written notice to Plaintiffs of the filing of this Notice of Removal with this Court, as provided by 28 U.S.C. §1446(d).

10      13.    Defendants will forward a true and correct copy of its Notice of Removal to the Clerk of the Court of the State of California in and for the County of Riverside for filing with that court as provided by 28 U.S.C. §1446(d).

13  WHEREFORE, Defendants pray that the above-entitled cause, currently pending in the Superior Court of the State of California, in and for the County of Riverside, be removed to the United States District Court for the Central District of California, Riverside Division, and that this cause proceed in this Court as an action properly so removed.

Dated:  June 25, 2010        SELVIN WRAITH HALMAN LLP

By: _____
Gary R. Selvin
Attorneys for Defendants
Chartis Specialty Insurance Company fka American International Specialty Lines Insurance Company; Lexington Insurance Company; and National Union Fire Insurance Company of Pittsburgh, PA

78548.doc

3

**Notice of Removal of Action Under 28 U.S.C. § 1332(a) (Diversity)**

| Re: | Van Daele Development, et al. v. Chartis Specialty Ins. Co., et al. |
|---|---|
| Court: | USDC-Central District, Eastern Division |
| Action No. | TBA |

## PROOF OF SERVICE

I declare that I am over the age of 18, am not a party to the above-entitled action, and am an employee of Selvin Wraith Halman LLP whose business address is 505 14th Street, Suite 1200, Oakland, Alameda County, California 94612.

On June 25, 2010, I served the following document(s):

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1332(A) (Diversity);**

**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-16;**

**CORPORATE DISCLOSURE**

**CIVIL COVER SHEET**

**By U.S. MAIL:** By placing a true copy of the document(s) listed above, enclosed in a sealed envelope, addressed as set forth below, for collection and mailing on the date and at the business address shown above following our ordinary business practices. I am readily familiar with this business' practice for collection and processing of correspondence for mailing with the United States Postal Service. On the same day that a sealed envelope is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid.

Mr. Joseph L. Oliva
Oliva & Associates
11770 Bernardo Placa Court, Suite 350
San Diego, CA 92128
Telephone No.:  (858) 385-0491
Fax No.:        (858) 385-0499
Email: joliva@olivalaw.com

Attorneys for Plaintiff:
Van Daele Development Corporation and Coronoa 99/AF XIX, LTD., a California Limited Partnership

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 25, 2010

Marisa D. Shelby

1

Case No.: TBA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Virginia A. Phillips and the assigned discovery Magistrate Judge is John E. McDermott.

The case number on all documents filed with the Court should read as follows:

### EDCV10- 956 VAP (JEMx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

---

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] Western Division | [ ] Southern Division | [X] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)  NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)

Van Daele Developement Corporation and Corona 88/AF XIX, LTD., a California Limited Partnership

**DEFENDANTS**

Chartis Specialty Ins. Co. fka American International Specialty Lines Ins. Co.; Lexington Ins. Co., and National Union Fire Ins. Co. of Pittsburgh, PA

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Gary R. Selvin
SELVIN WRAITH HALMAN LLP
505 14th Street, Suite 1200
Oakland, CA 94612
(510) 874-1811

**Attorneys (If Known)**

---

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☒ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☒ No   **MONEY DEMANDED IN COMPLAINT:** $ Not Specified

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

28 U.S.C 1332; 28 U.S.C. 1446

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☒ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE/ PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 190 Other Contract | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco- mmodations | | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | REAL PROPERTY | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 210 Land Condemnation | IMMIGRATION | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 220 Foreclosure | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety/Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 230 Rent Lease & Ejectment | ☐ 463 Habeas Corpus- Alien Detainee | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 240 Torts to Land | ☐ 465 Other Immigration Actions | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 245 Tort Product Liability | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | | | | ☐ 871 IRS - Third Party 26 USC 7609 |

**FOR OFFICE USE ONLY:** Case Number: ED CV 10 - 00956 VAP (JEM x)

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

JUN 28 2010

CV-71 (05/08)  CIVIL COVER SHEET  Page 1 of 2
CCD-JS44

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? [X] No  [ ] Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? [X] No  [ ] Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)
[ ] A. Arise from the same or closely related transactions, happenings, or events; or
[ ] B. Call for determination of the same or substantially related or similar questions of law and fact; or
[ ] C. For other reasons would entail substantial duplication of labor if heard by different judges; or
[ ] D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)
(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
[ ] Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Riverside | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
[ ] Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Chartis Specialty Ins Co. - New York, NY |
| | Lexington Ins. Co. - Delaware |
| | National Union Fire Ins Co. - Pennsylvania |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date June 25, 2010

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |