OLIVA & ASSOCIATES ALC
Joseph L. Oliva, Esq., State Bar No. 113889
Michael S. Faircloth, Esq., State Bar No. 211153
11770 Bernardo Plaza Court, Suite 350
San Diego, California 92128
Telephone: (858) 385-0491
Facsimile: (858) 385-0499

JS-6

Attorneys for Plaintiffs
VAN DAELE DEVELOPMENT CORPORATION and CORONA 88/AF XIX, LTD., a California Limited Partnership

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAN DAELE DEVELOPMENT CORPORATION and CORONA 88/AF XIX, LTD., a California Limited Partnership,<br><br>Plaintiffs,<br><br>v.<br><br>CHARTIS SPECIALTY INSURANCE COMPANY fka AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY; FIRST SPECIALTY INSURANCE CORPORATION; ILLINOIS UNION INSURANCE COMPANY; LEXINGTON INSURANCE COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; PENNSYLVANIA GENERAL INSURANCE COMPANY fka GENERAL ACCIDENT INSURANCE COMPANY; ZURICH SPECIALTIES LONDON LIMITED; and DOES 1 through 500, inclusive,<br><br>Defendants. | CASE NO. ED CV 10-00956 VAP(JAMx)<br><br>CASE TYPE: CIVIL<br>JURISDICTION: Over $25,000<br><br>[~~PROPOSED~~] ORDER APPROVING STIPULATED DISMISSAL |

Having considered the Stipulation between Plaintiffs, VAN DAELE DEVELOPMENT CORPORATION and CORONA 88/AF XIX, LTD., by and through their counsel of record, Michael S. Faircloth and Joseph L. Oliva of Oliva and Associates, ALC; Defendant, ILLINOIS UNION INSURANCE COMPANY, by and through their counsel of record, Garth Poole of

1 | Morales Fierro and Reeves; and Defendant, ONE BEACON AMERICA INSURANCE
2 | COMPANY, by and through their counsel of record, Julie Ursic of Law Offices of Adrienne D.
3 | Cohen

**IT IS HEREBY ORDERED** that VAN DAELE'S dismissal of its claims against ILLINOIS UNION INSURANCE COMPANY and ONE BEACON AMERICA INSURANCE COMPANY is made with prejudice.

Date: May 10 2011

_____
Judge Virginia A. Phillips